

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALDAPE,<br><br>              Plaintiff,<br><br>     v.<br><br>C. RENDON, *et al.*,<br><br>              Defendants. | Case No.: 1:25-cv-00845-CDB (PC)<br><br>ORDER RESETTING STAY OF CASE FOR 120 DAYS<br><br>(Doc. 15)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE REGARDING EARLY SETTLEMENT CONFERENCE<br><br>**30-Day Deadline** |

Plaintiff Alejandro Aldape ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (Docs. 1, 5). As set forth in its screening order, the Court has found that Plaintiff states at least one cognizable claim for relief. (Docs. 9, 10). On February 17, 2026, Defendants C. Rendon and K. Toor filed an answer to the complaint. (Doc. 14).

The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively. In appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in ADR. No claims, defenses, or objections are waived by the parties' participation.

The Court previously stayed this action for 120 days on February 18, 2026, to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in early settlement

conference. *See* (Doc. 15). On March 24, 2026, Defendants filed a notice of agreement to proceed to an early settlement conference. (Doc. 19). As it has come to the Court's attention that Plaintiff did not receive service of the Court's order, the Court will reset the 120-day stay to begin on the date of entry of this order.

The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating the claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

**Conclusion and Order**

For the foregoing reasons, the Court HEREBY ORDERS:

1. The stay of this action is RESET for **120 days** to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.

2. **Within 30 days** from the date of service of this order, Plaintiff SHALL file the attached notice, indicating his agreement to proceed to an early settlement conference or his belief that settlement is not achievable at this time.

3. **Within 45 days** from the date of service of this order, the assigned Deputy Attorney General Shall contact the undersigned's Courtroom Deputy Clerk at cboren@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to participate in an early settlement conference.

4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.

///

///

///

///

///

2

5. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   **April 7, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALDAPE,<br><br>        Plaintiff,<br><br>   v.<br><br>C. RENDON, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-00845-CDB (PC)<br><br>NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |

1.  The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

        Yes ____          No ____

2.  Plaintiff (check one):

        _____ would like to participate in the settlement conference in person.

        _____ would like to participate in the settlement conference by telephone or video conference.

Dated:

                           _____
                           Signature of Plaintiff