UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALDAPE,<br><br>        Plaintiff,<br><br>  v.<br><br>C. RENDON, et al.,<br><br>        Defendants. | No.  1:25-cv-00845-KES-CDB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ALEJANDRO ALDAPE, CDCR #V-25580 |

A settlement conference in this matter commenced on June 1, 2026. Inmate Alejandro Aldape, CDCR #V-25580, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 6/1/26

UNITED STATES MAGISTRATE JUDGE

1