UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALDAPE,<br><br>          Plaintiff,<br><br>     v.<br><br>C. RENDON, et al.,<br><br>          Defendants. | No.  1:25-cv-00845-KES-CDB (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On June 1, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1.     All pending deadlines are VACATED; and

2.     The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 1, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1